# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:07CR38

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JAIME GAMEZ ) | |

**THIS MATTER** is before the Court on Defendant's motion for disclosure of Rule 404 evidence and his motion in limine and to suppress.

The Court will address the merits of these motions at the time the issues arise during the trial.

**IT IS, THEREFORE, ORDERED** that rulings on the Defendant's motions listed herein will be deferred until trial.

Signed: April 25, 2007

Lacy H. Thornburg
United States District Judge